ACCEPTED
06-14-00060-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/13/2015 4:18:47 PM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-14-106-CR

| | | |
|---|---|---|
| **HERRON KENT DUCKETT** | § | **IN THE COURT OF APPEALS** |
| | § | 6th COURT OF APPEALS |
| | § | TEXARKANA, TEXAS |
| **VS.** | § | **IN AND FOR THE SIXTH DISTRICT** |
| | § | 1/13/2015 4:18:47 PM |
| | § | DEBBIE AUTREY |
| **THE STATE OF TEXAS** | § | **OF THE STATE OF TEXAS** |

### STATE'S SECOND MOTION TO EXTEND TIME
### FOR FILING STATE'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney, respectfully moves the Court to extend the time for filing of the Appellee's Brief in accordance with Rule 10.5 of the Texas Rules of Appellate Procedure. In support of its motion, the State respectfully offers the following:

1. The Appellee's brief is due tomorrow, January 14, 2015, and I have not completed it due to other matters with more pressing deadlines.
2. The State seeks an additional two weeks, until January 28, 2015. The undersigned will, nonetheless, attempt to complete and file the State's brief prior to the extended deadline.

3. The undersigned attorney is responsible for all post-conviction prosecution for the Gregg County Criminal District Attorney's Office, including direct appeals and applications for habeas corpus.

In the past 30 days the undersigned attorney has worked on the following:

A. Appellate Briefs: Appellate Briefs:

1. December 12, 2014, *Priego v. State,* 06-14-00008-CR.
2. December 19, 2014, *Lawson v. State,* 06-14-00022-CR
*3.* January 12, 2015, *Ray v. State,* 06-14-00106-CR .

B. Responses to Writ Applications:

1. January 2, 2015, Ex parte Dennis Freeman 42,132 B-H-1

2. January 5, 2015, *Ex pate Robert Wyatt* 40,788-A-H-1
3. January 13, 2015 *Ex parte Christopher Howard* 37,568A-H-2.

    C.     Numerous traffic court appeals and bond forfeiture cases.

4. I took two days for Christmas and one day for New Year's Day.

    In the next 30 days the undersigned attorney must respond to the following in addition to this brief:

    A.     Appellate Briefs due after one extension:

        *1. Lewis v. State,* 06-14-00111-CR*, January 21, 2015*
        *2., Harris v. State,* 06-14-00162-CR requested extension to February 4, not yet granted.

    B.     Appellate Briefs due without extensions:

        *1. Ross v. State*, 06-13-00206-CR, January 20, 2015
        *2. Hammack v. State,* 06-14-00175-CR,January 20, 2015.
        *3. Schelling v. State,* 06-14-00175-CR, January 29, 2015.
        *4. Kelly v. State,* 06-12-00141-CR, February 2, 2015 (I must respond to Appellant's filed pro sebrief responding to an Anders brief)

5. Appellant relies on the following facts as good cause for the requested extension:

    a. During the past 30 days, the undersigned has submitted three appellate briefs, and three habeas responses, as shown above. In addition, I have processed numerous traffic court appeals and bond forfeiture cases.
    b. One previous extension has been requested by the State in this case.
    c. This extension is not requested for purposes of delay, but so that justice may be done.
    d. I still have not completely cleared the case backlog that has built up over the past few months.

Respectfully submitted,

/s/ *Zan Colson Brown*

 Zan Colson Brown
Texas Bar No. 03205900
Assistant District Attorney
101 East Methvin St., Suite 333
Longview, TX  75601
Telephone: (903) 236–8440
Facsimile:  (903) 236–3701
E-mail: zan.brown@co.gregg.tx.us

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record by electronic transmission to:

Mr. Ebb B. Mobley
P.O. Box. 2309
Longview, Texas 75606
ebbmob@aol.com

This 13th day of January, 2015.

/s/ *ZanColsonBrown*

 Zan Colson Brown
Assistant District Attorney